FILED
May 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BW_____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Preston Millbrooks<br>    Plaintiff | CASE NO<br>**6:23-CV-318-ADA-JCM** |
| vs. | COMPLAINT |
| Whataburger Restaurants, LLC<br>    Defendant | Civil Rights Action<br>42 U.S.C. § 1983<br>Trial by Jury is Requested |

## I. INTRODUCTION

1.   Comes Now, Preston Millbrooks, Pro Se, living soul beneficiary of PRESTON MILLBROOKS, non-Title IV-A/D welfare/public assistance recipient, submit this complaint against Whataburger LLC and states as follows:

2.   Plaintiff is not a lawyer and his document can not be treated if drafted by one. In fact, Federal Supreme Court adjudicated evidence proves, "A Pro Se complaint, "however in artfully pleaded" must be held to less stringent standards than formal pleadings drafted by lawyers and cannot be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief" *(See Haines v. Kerner, 404 U.S. 519 (1972).* Furthermore, this is an action for monetary damages, declaratory, and injunctive relief brought pursuant to the 5th and 14th Amendments to the United States Constitution and Title 42 U.S.C 1983

## II. PARTIES

**Plaintiff:** Preston Millbrooks is an American National currently resides in Harker Heights, Texas

**Defendant:** Michelle Pemberton Cornado is the garnishment administrator for Whataburger Restaurants LLC and is located at 300 Concord Plaza Drive, San Antonio, Texas, 78216 PH: (210) 447-5405

### III. JURISDICTIONAL STATEMENT

3. This Honorable Court has jurisdiction over the subject matter over this Complaint pursuant to 42 U.S.C 1983.

4. This Honorable Court has original jurisdiction pursuant to Title 28 U.S.C. 1330, 1331 and 1332 over Plaintiff's cause of action arising out of the Constitution of the United States and 42 U.S.C 1983.

### IV. STATEMENT OF ISSUE

5. Plaintiff Preston Millbrooks alleges that Defendant willfully violated his Constitutional Rights by engaging into racketeering activities, by unlawfully garnishing his wages for an out of state Title IV-A/D Welfare/Public Assistance recoupment agency arising from a void and null court order. In addition, this Complaint is to secure monetary and nominal damages due to Defendant's unlawful wage garnishment practices arising from an out of state Income Withholding Order issued from a private foreign/international Title IV-A/D welfare/public assistance recoupment agency. In particular, this complaint seeks the two types of relief (1) an order providing permanent injunctive relief from all wage garnishments arising from the void and null Income Withholding Order and (2) an order ordering the Defendant to reimburse the Plaintiff the loss wages that were unlawfully taken out of his wages. Plaintiff is seeking $100,000 in monetary damages and the violated titles which has caused a financial hardship leading to cycles of poverty created by the Defendant's action by aiding in unlawful wage garnishments.

## V. STATEMENT OF THE CASE AND FACTS

6.      According to The United States Constitution states, "All men are created equally free and independent and have certain inherent and unalienable rights, that among these are life, liberty, property and the pursuit of happiness, that governments are instituted among men, deriving their just powers from the consent of the governed" *(See Declaration of Independence of the United States Constitution)*.

7.      On December 21, 2022, the Relator/Petitioner discovered that $91.38 was deducted from his wages.

8.      After discovering the unlawful wage garnishment, immediately, the Plaintiff called the Whataburger Human Resources Department to inquire about the unlawful deduction.

9.      When the Plaintiff came into contact with one of the Human Resources office personnel to inquire about the unlawful deduction, the office personnel informed the Plaintiff that the deduction was due to "high taxes."

10.     The fact the Plaintiff willfully knew that the unlawful deductions of his wages were not due to "high taxes," so the Plaintiff reviewed the Title IV-D welfare/public assistance website and discovered the conspiracy that had transpired between Whataburger LLC and the out of state private foreign intentional Title IV-A/D welfare/public assistance recoupment agency.

11.     According to what the Plaintiff discovered was that an income withholding order was sent to Whataburger to withhold his wages which stated:

> "On 12/13/2022, an income withholding order for the noncustodial parent was issued and sent to the noncustodial parent's possible employer. Please allow at least two weeks for payments to begin from this employer"

12. After the discovery of the conspiracy, the Plaintiff submitted a cease and desist email notice to the Whataburger Human Resources Department, requesting that the unlawful wage garnishments of $91.38 is vacated.

13. Within the Plaintiff's cease and desist email notice, the Plaintiff informed the Whataburger Human Resources Department that he is not a welfare/public assistance recipient and that he do not consent to have his wages garnished without his consent.

14. In addition, the Plaintiff requested for certain documents to be presented to him to satisfy due process under 45 C.F.R. 303.101(c)(2).

15. On February 16, 2023, the Plaintiff submitted a Notice of Estoppel of Tax Withholding and Deductions, to correct his citizenship status and to inform the Defendant that he was not using a Social Security Number for employment, but in fact, using his Employment Identification Number (EIN) upon re-employment to ensure that the Defendant is aware of his status as being the beneficiary over his estate

16. On March 25, 2023, the Plaintiff sent to the Defendant a second cease and desist notice requesting that the unlawful garnishment of $91.38 is vacated

17. The fact that the Defendant did not present the requested documents that were stated in the attached email, nor did the Defendant cease and desist with the unlawful wage garnishments as requested by the Plaintiff, therefore, according to the Maxims of Law states, "An unrebutted affidavit stands as truth/An unrebutted affidavit becomes the judgment in commerce."

## CAUSES OF ACTION

### COUNT 1
### 5th Amendment Violation
### VIOLATION OF TITLE 42 USC 1983
*Civil Action for Deprivation of Rights*

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding"

18. The fact that the Defendant did act under color of law and conspired with the out of state Title IV-A/D by not submitting to the Plaintiff the required documents requested in the Plaintiff's email so that the Plaintiff could inspect the legality of the Income Withholding Order and to inspect Whataburger's Anti-Bribery policy statement.

## COUNT 2
## 5TH Amendment Violation
## VIOLATION OF TITLE 18 USC 242
*Deprivation of Civil Rights Under Color of Law*

"Whoever, under color of law of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any right, privileges, or immunities secured or protected by the Constitution or laws of the United States…shall be fined under this title or imprisoned not more than one year, or both"

19. The fact that Defendant willfully knew that the Income Withholding Order issued by the out of state Title IV-A/D arises from a void and null private foreign/international court order that was issued out of an administrative municipal corporation that lacks jurisdiction to adjudicate. This was clearly explained to the Defendant in the Plaintiff's second cease and desist notice dated March 25, 2023.

## COUNT 3
## 5TH Amendment Violation
## VIOLATION OF TITLE 18 USC 1962(b)
*Racketeering Influenced Corrupt Organization*

"It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect interstate or foreign commerce"

20.     The fact that the income withholding order sent from the out of state private foreign/international Title IV-A/D welfare/public assistance agency allows for the Defendant to collect an administrative fee for aiding in the unlawful debt collection practices from the Plaintiff's wages, therefore, this automatically subjects the Defendant to racketeering penalties under this code

**COUNT 4**
**14TH Amendment Violation**
**VIOLATION OF TITLE 42 USC 408(8)**
*Compel use of a Social Security Number*

"Discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States…shall be guilty of a felony and upon conviction therefore shall be fined under title 18 or imprisoned for not more than five years"

21.     Defendant is in violation of this code and failed to provide equal protection of the law. The fact that the Defendant willfully knew that the Plaintiff, upon rehire, did not disclose a social security number, but still went through their previous records to obtain his social security number in conspiracy with the out of state private foreign/intentional Title IV-A/D welfare/public assistance recoupment agency for financial gain, which has resulted in a financial loss of his wages.

## VII. CONCLUSION

22.     The fact that the Plaintiff is a non-Title IV-A welfare/public assistance recipient and the unlawful deduction of his wages arises from a void and null private foreign/international Title IV-A/D welfare/public assistance recoupment court order, therefore, the unlawful wage garnishments of $91.38 must be vacated effective immediately under the 5th and 14th Amendments of The United States Constitution.

## VIII. RELIEF SOUGHT

23. The fact that the Plaintiff did not authorize or consent for the unlawful wage garnishments to be deducted from his wages and sent to the out of state Title IV-D welfare/public assistance recoupment agency and he properly informed the Defendant of his Constitutional Rights to provide equal protection of the law, which in fact, the Defendant did not provide, therefore, the Plaintiff respectfully request that this Honorable Court grant this Complaint in his favor and against the Defendant. Plaintiff also request that this Honorable Court award the following relief:

    A. Enter an Order ordering the Defendant to honor the Constitutional Rights of the Plaintiff and to cease and desist with the unlawful wage garnishments of $91.38 effective immediately

    B. Enter an Order ordering the Defendant to refund the lost wages arising from the Income Withholding Order that were made without the Plaintiff's consent

    C. Enter an Order ordering the Defendant to pay monetary damages for their violation of Title 42 USC 1983

    D. Enter an Order ordering the Defendant to pay monetary damages for their violation of Title 18 USC 242

    E. Enter an Order ordering the Defendants to pay monetary damages for their violation of Title 18 USC 1962

    F. Enter an Order ordering the Defendants to pay monetary damages for their violation of Title 42 USC 408(8)

    C. Such other relief as this Honorable Court deems to equitable and just

Respectfully Submitted

by: *[signature]*
*Pro Se, Plaintiff*
All Rights Reserved

## CERTIFICATE OF SERVICE

I, Preston Millbrooks, certify that a true and correct copy of this Title 42 U.S.C. 1983 Complaint was sent through certified mail to the garnishment administrator at the current address below

Whataburger LLC
Garnishment Administrator
Michele Pemberton Cornado
300 Concord Plaza Drive
San Antonio, Texas, 78216
(210) 447-5405

Certified Mail Receipt #_____

Signature_____Date_____
*Pro Se/Plaintiff, American National-Non-Domestic, Living Soul Beneficiary of PRESTON MILLBROOKS, All Rights Reserved*